NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MDWISE MARKETPLACE, INC.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

_____

2021-1957

_____

Appeal from the United States Court of Federal Claims in No. 1:17-cv-01958-MCW, Senior Judge Mary Ellen Coster Williams.

_____

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

                                        FOR THE COURT

July 13, 2021                    /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court

**ISSUED AS A MANDATE:** July 13, 2021